# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ekaterina Makarova

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-0373-DMS-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition is granted. This case is hereby closed.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0373-DMS-JLB

Respondents:

Daniel A. Brightman,
in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations San Diego Field Office;

Kristi Noem,
in her official capacity as Secretary of the U.S. Department of Homeland Security;

U.S. Department of Homeland Security;

Pamela J. Bondi,
in her official capacity as U.S. Attorney General;

Executive Office for Immigration Review;

Christopher J. Larose,
in his official capacity as Warden of the Otay Mesa Detention Center;